

# NUMBER 13-22-00086-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**EDWARD LEE ZAMORA,**                                                                                    **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                                                    **Appellee.**

### On appeal from the 156th District Court
### of Bee County, Texas.

# MEMORANDUM OPINION

**Before Justices Longoria, Hinojosa, and Silva**
**Memorandum Opinion by Justice Longoria**

This cause is before the Court on appellant's motion to dismiss this appeal. The motion was signed by both counsel and the appellant. We find the motion meets the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, the motion to dismiss is granted, and the appeal is

hereby dismissed.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

NORA L. LONGORIA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
2nd day of June, 2022.